1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CANDELARIO CAMPEON                    No. 2:25–cv–00806–SCR
     VALDOVINOS,
12                                         ORDER GRANTING IFP AND
                      Plaintiff,           DIRECTING E-SERVICE
13
              v.
14
     COMMISSIONER OF SOCIAL
15   SECURITY,

16                    Defendant.

17

18          Pending before the court is plaintiff's motion for leave to proceed in forma pauperis. *See*

19   28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

20   security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted a

21   declaration, averring that he is unable to pay the costs of this proceeding.  Accordingly, IT IS

22   HEREBY ORDERED that:

23          1.      Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

24          2.      The Clerk of Court is directed to issue a summons for this case;

25          3.      In keeping with the court's e-service procedure for Social Security cases, service

26                  on the defendant Commissioner of Social Security Administration shall proceed

27   _____
     [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
28   pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

                                            1

under the court's E-Service program as follows. Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.      The Clerk of Court is DIRECTED to issue a scheduling order in this case.

IT IS SO ORDERED.

DATED: March 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE