UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIO CAMPEON VALDOVINOS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:25-cv-00806-DC-SCR (SS)<br><br>ORDER ADOPTING THE PARTIES' STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No. 17) |

       On March 12, 2025, Plaintiff Candelario Campeon Valdovinos filed this action seeking review of a final decision of Defendant Commissioner of Social Security. (Doc. No. 1.) On July 25, 2025, the parties filed a stipulation agreeing to remand this case for further proceedings pursuant to 42 U.S.C. § 405(g). (Doc. No. 14.) On August 12, 2025, the court issued an order giving effect to the parties' stipulation, remanding this case for further proceedings, and directing the Clerk of the Court to enter final judgment in favor of Plaintiff. (Doc. No. 15.)

       On August 27, 2025, the parties filed a stipulation requesting an order that Plaintiff be awarded attorney's fees and expenses in the amount of $6,500.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).[1] (Doc. No. 17.) The EAJA provides for an award of

---

[1] Under the Equal Access to Justice Act, the court may award a judgment of costs to the prevailing party. 28 U.S.C. § 2412(a)(1) (citing 28 U.S.C. § 1920). Here, the parties do not

1

attorney fees to private litigants who prevail in civil actions (other than tort) against the United States and timely file a petition for fees. 28 U.S.C. § 2412(d)(1)(A). Good cause appearing, and pursuant to the parties' stipulation, the court orders as follows:

1. Pursuant to the EAJA, 28 U.S.C. § 2412(d), Plaintiff is awarded attorney's fees and expenses in the amount of $6,500.00;

2. After the issuance of this order, the government shall consider the assignment of the EAJA attorney's fees to Plaintiff's counsel;

    a. Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;

    b. Fees shall be made payable to Plaintiff, but if the DOT determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to Plaintiff's counsel, Francesco P. Benavides;

3. Whether the payment of attorney's fees is made payable to Plaintiff or to his counsel, the check will be mailed to Plaintiff's counsel's mailing address at:

   Francesco P. Benavides
   Law Offices of Francesco Benavides
   1990 N. California Blvd., 8th Floor
   Walnut Creek, CA 94596

IT IS SO ORDERED.

Dated: __**September 8, 2025**__

Dena Coggins
United States District Judge

---

request costs within their motion. (*Id*. at 1–2.) Accordingly, no costs are awarded under 28 U.S.C. § 1920.

2